# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Jamar Lewis
                    Plaintiff,

v.                                                       Case No.: 1:19−cv−07552
                                                                          Honorable Edmond E. Chang

Ronald Watts, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 13, 2024:

      MINUTE entry before the Honorable Edmond E. Chang: In light of the order entered from the pretrial coordinated proceedings, the tracking status hearing of 01/17/2025 is reset to 02/21/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a joint status report by 02/14/2025. The deadline is before the trial in Gipson v. City of Chicago, 18−cv−05120, only because there appears to be a summary judgment schedule in that case, and the Court would like to learn as soon as practicable whether the individual cases (like this one) will be going forward. To the extent practicable (if there are overlapping counsel), in the cases pending before Judge Chang, the parties may file the same status report and place a caption heading that includes all case numbers in the caption so that the same report is filed in all cases pending before Judge Chang. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.