IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jamar Lewis, | ) |
| *Plaintiff* | ) No. 19-cv-7552 |
| | ) |
| -vs- | ) *(Judge Chang)* |
| | ) |
| Ronald Watts, et al., | ) |
| *Defendants* | ) |

## JOINT STATUS REPORT

Plaintiff and defendant City of Chicago, by counsel, submit this joint status report pursuant to Magistrate Judge Valdez's Order of October 23, 2025.

Plaintiff's undersigned counsel states: Plaintiff, after informing undersigned counsel that he accepted the settlement proposal, has not cooperated with counsel to sign the settlement agreement.

Plaintiff's undersigned counsel respectfully requests that this matter be set for an in-person status hearing and that a court order be entered requiring plaintiff to appear in person at the hearing. Defendant City of Chicago does not oppose this request.

The parties respectfully suggest that the hearing be held before Magistrate Judge Valdez, who mediated the global settlement of the Watts cases (which included this matter), and ask that the Court coordinate with the parties to schedule the hearing at the soonest mutually available date.

-2-

        Respectfully submitted,

/s/ <u>Joel A. Flaxman</u>
    Joel A. Flaxman
    ARDC No. 6292818
    Kenneth N. Flaxman
    200 S Michigan Ave, Ste 201
    Chicago, IL 60604
    (312) 427-3200
    *attorneys for plaintiff*

/s/ <u>Paul A. Michalik (by consent)</u>
    Daniel M. Noland
    Terrence M. Burns
    Paul A. Michalik
    Katherine C. Morrison
    Daniel J. Burns
    Dhaviella N. Harris
    Burns Noland LLP
    311 S. Wacker Dr., Suite 5200
    Chicago, IL 60606
    (312) 982-0090
    *attorneys for defendants Chicago*